On petition for review filed April 3, 1991,* petition for review allowed; decision of Court of Appeals reversed; case remanded to Court of Appeals for further consideration February 11, 1993
See 120 Or App 315 (1993)

William H. BICKFORD,
*Petitioner on Review,*

*v.*

George BACHIK,
Superintendent,
Oregon State Hospital,
*Respondent on Review.*

(CC 89C-11354; CA A65396; SC S38004)

844 P2d 906

W. Brad Coleman, Salem, filed petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further consideration in light of this court's decision in *Mueller v. Benning*, 314 Or 615, 841 P2d 640 (1992).

---

* Appeal from Marion County Circuit Court, Val D. Sloper, Judge. 106 Or App 179, 805 P2d 754 (1991).